IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CURTIS MELVIN NETTLES, III                                           PLAINTIFF

v.                          Case No. 13-6081

CAPTAIN WADLON and
SERGEANT DRAKE                                                       DEFENDANTS

**ORDER**

    Now on this 22nd day of November 2013, there comes on for consideration the report and recommendation filed herein on September 19, 2013, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 7). No objections have been filed.

    The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Motion for Leave to Proceed *in forma pauperis* (doc. 1) is DENIED, and Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i-iii) and 1915A(a).

    IT IS SO ORDERED.

                                            /s/ Robert T. Dawson
                                            Honorable Robert T. Dawson
                                            United States District Judge